UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| BEAU JAMES DEARBORNE,<br><br>    Petitioner,<br><br>    v.<br><br>WARDEN MONTGOMERY,<br><br>    Respondent. | Case No. 8:20-cv-02054-FMO (JDE)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the records and files herein, including the operative First Amended Petition (Dkt. 1, "Petition"), Respondent's Answer to the Petition (Dkt. 18) and supporting records, the Report and Recommendation of the United States Magistrate Judge (Dkt. 27, "Report"), and Petitioner's Objection to the Report (Dkt. 30).

Having engaged in a de novo review of those portions of the Report to which objections have been made, the Court concurs with and accepts the findings and recommendations of the Magistrate Judge.

/ / /

/ / /

1    IT IS THEREFORE ORDERED that Judgment be entered denying the
2 Petition and dismissing this action with prejudice.

3 Dated: May 25, 2022

/s/
_____
FERNANDO M. OLGUIN
United States District Judge