JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| BEAU JAMES DEARBORNE, | Case No. 8:20-cv-02054-FMO (JDE) |
| Petitioner, | JUDGMENT |
| v. | |
| WARDEN MONTGOMERY, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the operative Petition is denied and this action is dismissed with prejudice.

Dated: May 25, 2022

/s/

_____
FERNANDO M. OLGUIN
United States District Judge